No. 69,969

In the Matter of STEPHEN J. JONES, *Respondent.*

(975 P.2d 1210)

IT IS THEREFORE ORDERED that respondent is hereby discharged from probation and from any further obligation in this matter and that this proceeding is closed.

IT IS FURTHER ORDERED that this order shall be published in the Kansas Reports and that the costs herein be assessed to respondent.